MEMORANDUM TO
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

RE: U.S. vs. Abdul Wahid
DOCKET #: 10-CR-286
FOR SENTENCE: March 23, 2012

### DELAY IN PRESENTENCE INVESTIGATION

On December 15, 2011, the above-noted defendant pled guilty to Healthcare Fraud, Aggravated Identity Theft, and Mail Fraud. Senior U.S. Probation Officer Sindee J. Haasnoot has been assigned to write the offense narrative. To date, the Probation Department is waiting for information necessary to complete the offense narrative. The original AUSA is on maternity leave, and the Probation Department has been in contact with the new AUSA assigned to the case, as well as the case agent, who advise that the information is forthcoming. To ensure that a sufficient period of time be allocated for the preparation of the presentence report, the Probation Department is respectfully requesting that the Court adjourn the sentence date until May at the earliest. Please indicate below if an adjournment of sentence is acceptable to the Court.

*******************

An adjournment of sentence is acceptable. The new date will be __5/25/12 @ 11:30 AM__

An adjournment of sentence is not acceptable. The sentence date will be _____

RESPECTFULLY SUBMITTED,

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by:

_/s/ Sindee Haasnoot_
Sindee J. Haasnoot
Senior U.S. Probation Officer
(347) 534-3714

So Ordered: _s/ BMC_
Brian M. Cogan
U.S. District Judge

Date: March 5, 2012

cc:   B. Alan Seidler, Esq.

      William Campos, Esq., Assistant U.S. Attorney